# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00488-CR

**Jasmine Shante Quattlebaum, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 68323, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Jasmine Shante Quattlebaum seeks to appeal from a judgment adjudicating guilt for the offense of deadly conduct. *See* Tex. Penal Code § 22.05. The trial court has certified that appellant waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d) ("The appeal must be dismissed" if trial court does not certify defendant's right of appeal.).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Jurisdiction

Filed: May 26, 2016

Do Not Publish